UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELENA AGRI-ENTERPRISES, LLC,
a Delaware limited liability company,

      Plaintiff

vs.

GREAT LAKES GRAIN, LLC; BOERSEN
FARMS AG, LLC, a Michigan limited
liability company, BOERSEN FARMS, INC.
a Michigan corporation, BOERSEN AG
PARTNERS, LLC, a Michigan limited
liability company, DENNIS BOERSEN,
ARLAN BOERSEN, SANDRA BOERSEN,

      Defendants

Case No. 1:18-cv-00963-RJJ-RSK

Honorable Robert J. Jonker

| | |
|---|---|
| Sheryl L. Toby (P39114)<br>Mark J. Magyar (P75090)<br>Dykema Gossett PLLC<br>Attorneys for Plaintiff<br>300 Ottawa Ave. N.W. Suite 700<br>Grand Rapids, Michigan 49503<br>stoby@dykema.com<br>mmagyar@dykema.com<br>616-776-7500 | Ronald J. VanderVeen (P33067)<br>Cunningham Dalman, PC<br>Attorneys for Defendants<br>321 Settlers Road<br>Holland, MI 49423<br>rjvv@cunninghamdalman.com<br>616-392-1821 |

## AFFIDAVIT DENYING ACCOUNT STATED

Dennis Boersen, being first duly sworn, states as follows:

1. I make this affidavit on behalf of Boersen Farms, Inc., Boersen Farms AG, LLC, and Boersen AG Partners, LLC.
2. I am the Secretary of Boersen Farms, Inc.
3. I am a member of Boersen Farms AG, LLC and Boersen AG Partners, LLC.
4. I have examined the records of Boersen Farms, Inc. and have been unable to determine the amount owed to Plaintiff by the company.
5. I have examined the records of Boersen Farms AG, LLC and have been unable to determine the amount owed to Plaintiff by the company.
6. I have examined the records of Boersen AG Partners, LLC. and have been unable to determine the amount owed to Plaintiff by the company.
7. These companies have not agreed to the amounts alleged by Plaintiff.
8. Based on the preceding paragraphs and on behalf of Boersen Farms, Inc., Boersen Farms AG, LLC, and Boersen AG Partners, LLC., I deny that Boersen Farms, Inc., Boersen Farms AG, LLC, and Boersen AG Partners, LLC. owe the amounts as alleged in the De_____ ____ ves Belleville for Account Stated.

Further deponent sayeth not.

_____
Dennis A. Boersen

Subscribed and sworn before me on this 5th day of October, 2018 by Dennis A. Boersen.

Lisa Robinson
Notary Public of Michigan
Ottawa County
Expires 01/15/2020
Acting in the County of Ottawa

_Lisa Robinson_, Notary Public
Ottawa County, Michigan
My commission expires: 1-15-2020
Acting in Ottawa County, Michigan