# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

HELENA AGRI-ENTERPRISES, LLC,

    Plaintiff,

v.

GREAT LAKES GRAIN, LLC; BOERSEN FARMS AG, LLC, A MICHIGAN LIMITED LIABILITY COMPANY, BOERSEN FARMS, INC. A MICHIGAN CORPORATION, BOERSEN AG PARTNERS, LLC, A MICHIGAN LIMITED LIABILITY COMPANY, DENNIS BOERSEN, ARLAN BOERSEN, SANDRA BOERSEN,

    Defendants.

CASE NO. 1:18-CV-00963-RJJ-RSK

Honorable Chief Judge Robert J. Jonker

---

| | |
|---|---|
| Sheryl L. Toby (P39114) | Ronald J. VanderVeen (P33067) |
| Mark J. Magyar (P75090) | Cunningham Dalman, PC |
| Dykema Gossett PLLC | Attorneys for Defendants |
| Attorneys for Plaintiff | 321 Settlers Road |
| 300 Ottawa Ave. N.W. Suite 700 | Holland, MI 49423 |
| Grand Rapids, Michigan 49503 | rjvv@cunninghamdalman.com |
| stoby@dykema.com | 616-392-1821 |
| mmagyar@dykema.com | |
| 616-776-7500 | |

---

**PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER RULE 12(c) AS TO ITS ACCOUNT STATED AND GUARANTY CLAIMS, AND FOR JUDGMENT AS TO LIABILITY ONLY ON ITS BREACH OF CONTRACT CLAIMS**

Plaintiff Helena Agri-Enterprises, LLC ("Helena"), through its attorneys, Dykema Gossett PLLC, hereby moves for parial judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) as to counts VII through X of its Complaint for Account Stated and Breach of Guarantees, and for judgment as to liability only on its Breach of Contract claims alleged in

1

Counts II through VI of the Complaint. In support of its motion, Helena submits the accompanying Brief.

In accordance with W.D. Mich. LR 7.1(d), the undersigned counsel contacted Defendants' counsel to request concurrence in this motion, but no concurrence was reached.

WHEREFORE, for the reasons stated in the accompanying Brief, Helena respectfully requests that this Court:

(1)  grant its Motion for Partial Judgment on the Pleadings under Rule 12(c);

(2)  enter judgment for Helena on each of its Account Stated claims in Counts VIII through X of the Complaint as prayed for under those Counts, without prejudice to Helena obtaining a subsequent judgment and recovering on the additional accrued and continuing to accrue fees, costs, and interest under other claims alleged in the Complaint;

(3)  enter judgment for Helena against the Guarantor Defendants on each Guaranty Agreement as alleged in Count VII of the Complaint, up to the full amount of the judgment on the Account Stated claims, without prejudice to Helena obtaining a subsequent judgment against the Guarantors and recovering on the additional accrued and continuing to accrue fees, costs, and interest under other claims alleged in the Complaint;

(4)  enter judgment for Helena on each of its Breach of Contract claims as alleged in Counts II through VI of the Complaint, as to liability only; and

(5)  grant such further relief as the Court deems just.

Dated: November 15, 2018

Respectfully submitted,
DYKEMA GOSSETT PLLC
Attorneys for Plaintiff

By: /s/ *Mark J. Magyar* (P75090)

2