UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| HELENA AGRI-ENTERPRISES, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>GREAT LAKES GRAIN, LLC; GREAT LAKES GRAIN II, LLC; GREAT LAKES GRAIN III, LLC; GREAT LAKES GRAIN IV, LLC; NEW HEIGHTS FARM I, LLC; NEW HEIGHTS FARM II, LLC; STACY BOERSEN; and NICHOLAS BOERSEN.<br><br>            Defendants. | Case No. 1:18-cv-00963-RJJ-RSK<br><br>Honorable Chief Judge Robert J. Jonker<br><br>**STIPULATED ORDER EXTENDING TIME FOR COUNTER-DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS** |

-----------------------------------------------------------

STACY BOERSEN & NICK BOERSEN,

            Counter-Plaintiffs,

vs.

HELENA AGRI-ENTERPRISES, LLC,

            Counter-Defendant.

| | |
|---|---|
| Sheryl L. Toby (P39114)<br>Mark J. Magyar (P75090)<br>Dykema Gossett PLLC<br>Attorneys for Plaintiff/Counter-Defendant<br>300 Ottawa Ave. N.W. Suite 700<br>Grand Rapids, Michigan  49503<br>stoby@dykema.com<br>mmagyar@dykema.com<br>616-776-7500 | Ronald J. VanderVeen (P33067)<br>Cunningham Dalman, PC<br>Attorneys for Defendants/Counter-Plaintiffs<br>321 Settlers Road<br>Holland, MI 49423<br>rjvv@cunninghamdalman.com<br>616-392-1821 |

## STIPULATED ORDER EXTENDING TIME FOR COUNTER-DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS

The parties, through their attorneys of record, hereby stipulate and agree that Counter-Defendant shall have a 14-day extension of time, to on or before **November 12, 2019**, to file its reply brief in support of its pending motion to dismiss the counterclaims.

**SO ORDERED:**

Dated: _____          _____
                                Hon. Chief Judge Robert J. Jonker
                                United States District Judge

**STIPULATED AS TO FORM AND CONTENT:**

*/s/ Ronald J. VanderVeen (w/consent)*          */s/ Mark J. Magyar*
Ronald J. VanderVeen (P33067)                   Mark J. Magyar (P75090)
Cunningham Dalman, PC                           DYKEMA GOSSETT PLLC
Attorneys for Defendants/Counter-Plaintiffs     300 Ottawa Avenue, N.W., Suite 700
321 Settlers Road                               Grand Rapids, Michigan 49503
Holland, MI 49423                               (616) 776-7523
rjvv@cunninghamdalman.com                       mmagyar@dykema.com
616-392-1821

*Attorneys for Counter-Plaintiffs*              *Attorneys for Counter-Defendant*

Date: October 29, 2019                          Date: October 29, 2019