**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| HELENA AGRI-ENTERPRISES, LLC, | CASE NO. 1:18-CV-00963-RJJ-RSK |
| Plaintiff, | Honorable Chief Judge Robert J. Jonker |
| v. | |
| GREAT LAKES GRAIN, LLC *et al.* | **PLAINTIFF'S MOTION TO AMEND THE THIRD AMENDED CASE MANAGEMENT ORDER (DOC. 109)** |
| Defendants. | |

| | |
|---|---|
| Sheryl L. Toby (P39114) | Ronald J. VanderVeen (P33067) |
| Mark J. Magyar (P75090) | Cunningham Dalman, PC |
| Dykema Gossett PLLC | Attorneys for Defendants |
| Attorneys for Plaintiff | 321 Settlers Road |
| 300 Ottawa Ave. N.W. Suite 700 | Holland, MI 49423 |
| Grand Rapids, Michigan 49503 | rjvv@cunninghamdalman.com |
| stoby@dykema.com | (616) 392-1821 |
| mmagyar@dykema.com | |
| (616) 776-7500 | |

Robert L. Soza, Jr. (admitted pro hac vice)
Texas State Bar No. 18869300
Jackson Walker LLP
Attorneys for Plaintiff
112 E. Pecan, Suite 2400
San Antonio, Texas  78205
rsoza@jw.com
(210) 978-7700

**PLAINTIFF'S MOTION TO AMEND THE THIRD AMENDED
CASE MANAGEMENT ORDER (DOC. 109)**

Plaintiff Helena Agri-Enterprises, LLC ("Helena" or "Plaintiff") moves the Court to amend the Third Amended Case Management Order (Doc. 109) based on the discovery of new evidence supporting Plaintiff's voidable transaction claims against the Defendants and the time needed to obtain and review additional information and documents Plaintiff has already requested by

subpoena to Defendants' third-party insurance carrier. Notably, the proposed modifications do not affect the scheduled trial date or conferences. In accordance with LCivR 7.1(d), the undersigned counsel contacted Defendants' counsel requesting agreement in this motion, but agreement was denied. Plaintiff proposes the following new schedule:

| Action Item | Current Date/Limitation | Proposed Date/Limitation |
|---|---|---|
| Disclose Name, Address, Area of Expertise and a short summary of expected testimony of Expert Witnesses (Rule 26(a)(2)(A)) <br><br> -Party with the Burden of Proof: <br><br> -Responding Party: | <br><br><br><br><br> March 31, 2019 <br><br> April 30, 2019 | <br><br><br><br><br> February 7, 2020 <br><br> March 9, 2020 |
| Completion of Discovery | January 15, 2020 | April 14, 2020 |
| Dispositive Motions | March 8, 2020 | May 14, 2020 |
| Depositions will be limited to: (Fact Witnesses Per Party) | 10 per party | 20 per party |
| ADR To Take Place on or Before | January 15, 2020 | April 14, 2020 |

WHEREFORE, for the reasons stated in the accompanying Brief, Helena requests that this Court: (1) grant this Motion; (2) amend the Third Amended Case Management Order as requested by Plaintiff; and (3) grant such further relief as the Court deems just.

Dated: December 13, 2019

    Respectfully submitted,

    **DYKEMA GOSSETT PLLC**
    By: */s/ Mark J. Maygar*
    Sheryl L. Toby (P39411)
    Mark J. Maygar (P75090)
    300 Ottawa Ave. N.W., Suite 700
    Grand Rapids, MI 49503
    stoby@dykema.com
    mmagyar@dykema.com

        **JACKSON WALKER LLP**
        By: */s/ Robert L. Soza, Jr.*
        Robert L. Soza, Jr. (admitted *pro hac vice*)
        Texas State Bar No. 18869300
        112 E. Pecan, Suite 2400
        San Antonio, Texas  78205
        rsoza@jw.com

        **ATTORNEYS FOR PLAINTIFF**