**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| HELENA AGRI-ENTERPRISES, LLC, a Delaware limited liability company, | Case No. 1:18-cv-00963-RJJ-RSK |
| Plaintiff/Counter-Defendant | |
| vs. | Honorable Robert J. Jonker |
| GREAT LAKES GRAIN, LLC, a Michigan limited liability company; GREAT LAKES GRAIN II, LLC, a Michigan limited liability company; GREAT LAKES GRAIN III, LLC, a Michigan limited liability company; GREAT LAKES GRAIN IV, LLC, a Michigan limited liability company; NEW HEIGHTS FARM I, LLC, a Michigan limited liability company; and NEW HEIGHTS FARM II, LLC, a Michigan limited liability company | **DEFENDANTS' TENTATIVE EXHIBIT LIST AND DOCUMENT PRODUCTION** |
| Defendants, and | |
| NICHOLAS BOERSEN, individually and as putative member of New Heights Farm II, LLC and STACY BOERSEN, individually and as putative member of the Great Lakes Grain defendants and New Heights Farm I, LLC, | |
| Defendants/Counter-Plaintiffs. | |

| | |
|---|---|
| Sheryl L. Toby (P39114)<br>Mark J. Magyar (P75090)<br>Dykema Gossett PLLC<br>Attorneys for Plaintiff<br>300 Ottawa Ave. N.W. Suite 700<br>Grand Rapids, Michigan 49503<br>stoby@dykema.com<br>mmagyar@dykema.com<br>616-776-7500 | Ronald J. VanderVeen (P33067)<br>Cunningham Dalman, PC<br>Attorneys for Defendants<br>321 Settlers Road<br>Holland, MI 49423<br>rjvv@cunninghamdalman.com<br>616-392-1821 |

Defendants, by and through their attorneys, Cunningham Dalman, P.C., and hereby discloses the following exhibits that may be relied upon at trial and are produced pursuant to the Court's Case Management Order, as amended:

1. Boersen Farms, Inc. Articles of incorporation
2. Boersen Farms, Inc. By laws
3. Boersen Farms, Inc. UCC financing statements
4. Boersen Farms Properties, LLC Articles of organization
5. Boersen Farms Properties, LLC Operating agreement
6. Boersen Farms AG, LLC Articles of organization
7. Boersen Farms AG, LLC Operating agreement
8. Boersen Farms AG, LLC UCC financing statements
9. Boersen AG Partners, LLC Articles of organization
10. Boersen AG Partners, LLC Operating agreement
11. Ceres' judgments terminating Boersen entities tenancies
12. TFG-Michigan order to turn over equipment
13. John Deere & Co. judgment for possession
14. John Deere & Co. amended judgment
15. CNH judgment
16. Farm Credit Services judgment
17. Diversified judgment
18. Crestmark judgment
19. First Farmers Bank Mortgage
20. Assignment of mortgage to Farmland Capital Solutions, LLC (FCS)- To be provided

21. Security Agreement(s)

22. First Farmers Bank Financing statement(s)

23. Amended loan agreement

24. Great Lakes Grain, LLC ("GLG") Articles of Organization

25. GLG Operating agreement

26. List of properties leased by GLG for 2018- To be provided

27. 2018 GLG Lease with Ceres

28. 2018 GLG security agreement with Ceres

29. 2018 GLG Lease(s) with Boersen Land Co., LLC

30. 2018 GLG Lease(s) with Boersen Farms, Inc.

31. 2018 GLG Lease(s) with Boersen Farms Properties, LLC

32. 2018 GLG Agreement with Logan AgriService

33. 2018 GLG Agreement with Agri-Science

34. GLG Joint employment agreement- To be provided

35. GLG Crop insurance application

36. New Heights Farm I, LLC (NHF-I) Articles of Organization

37. NHF-I Operating agreement

38. 2019 NHF-I loan application to ARM

39. 2019 NHF-I loan agreement with ARM

40. UCC search under NHF I

41. 2019 NHF-I agreement with Logan

42. List of properties leased by NHF-I for 2019- To be provided

43. 2019 NHF-I Lease with Ceres

44. 2019 NHF-I Lease(s) with Boersen Land Co., LLC

45. 2019 NHF-I Lease(s) with Boersen Farms, Inc.

46. 2019 NHF-I Lease(s) with Boersen Farms Properties, LLC

47. 2019 NHF-I Equipment lease

48. NHF-I Crop Insurance application

49. New Heights Farm II ("NHF-II"), LLC Articles of Organization

50. NHF-II Operating agreement

51. NHF-II 2019 loan application to ARM

52. NHF-II 2019 loan agreement with ARM

53. NHF-II 2019 agreement with Logan

54. UCC search under NHF II

55. NHF-II List of properties leased for 2019- To be provided

56. NHF-II 2019 Lease with Ceres

57. NHF-II 2019 Lease(s) with Boersen Land Co., LLC

58. NHF-II 2019 Lease(s) with Boersen Farms, Inc.

59. NHF-II 2019 Lease(s) with Boersen Farms Properties, LLC

60. 2019 NHF II Crop Insurance application

61. NHF II 2019 Equipment lease.

62. Boersen Farms Grain Certificate of Partnership

63. Dennis Russell, LLC Operating Agreement

64. Crop Insurance Handbook 2018

65. Crop Insurance Handbook 2019

66. Application for title for boat – Sandra to Nick

67. Application for title for jet ski – Sandra to Nick

68. Application for title for jet ski – Sandra to Nick

69. Steve Cardinal deposition TX

Dated: January 16, 2020	/s/ Ronald J. VanderVeen
	Ronald J. VanderVeen (P33067)
	Cunningham Dalman, PC
	Attorneys for Defendants