# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HELENA AGRI-ENTERPRISES, LLC,
a Delaware limited liability company,

Case No. 1:18-cv-00963-RJJ-RSK

        Plaintiff/Counter-Defendant

vs.

Honorable Robert J. Jonker

GREAT LAKES GRAIN, LLC, a Michigan
limited liability company; GREAT LAKES
GRAIN II, LLC, a Michigan limited liability
company; GREAT LAKES GRAIN III, LLC,
a Michigan limited liability company;
GREAT LAKES GRAIN IV, LLC, a
Michigan limited liability company; NEW
HEIGHTS FARM I, LLC, a Michigan limited
liability company; and NEW HEIGHTS
FARM II, LLC, a Michigan limited liability
company

**MOTION FOR SUMMARY JUDGMENT
BY DEFENDANTS STACY BOERSEN,
NICHOLAS BOERSEN, NEW HEIGHTS
FARM I, LLC, AND NEW HEIGHTS
FARM II, LLC**

**(and W.D. Mich. LCivR 7.1d certification)**

        Defendants,
and

NICHOLAS BOERSEN, individually and as
putative member of New Heights Farm II,
LLC and STACY BOERSEN, individually
and as putative member of the Great Lakes
Grain defendants and New Heights Farm I,
LLC,

        Defendants/Counter-Plaintiffs.

---

Sheryl L. Toby (P39114)
Mark J. Magyar (P75090)
Dykema Gossett PLLC
Attorneys for Plaintiff
300 Ottawa Ave. N.W. Suite 700
Grand Rapids, Michigan 49503
stoby@dykema.com
mmagyar@dykema.com
616-776-7500

Ronald J. VanderVeen (P33067)
Cunningham Dalman, PC
Attorneys for Defendants
321 Settlers Road
Holland, MI 49423
rjvv@cunninghamdalman.com
616-392-1821

Defendants Stacy Boersen, Nicholas Boersen, New Heights Farm I, LLC and New Heights Farm II, LLC, by and through their attorneys, Cunningham Dalman, PC, hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56 for the reason that there is no genuine issue of fact to be resolved at trial and these Defendants are entitled to judgment in their favor as a matter of law on Plaintiff's Second Amended Complaint against them for the reasons more fully set forth in the Brief and Affidavits filed in support of this Motion.

Pursuant to W.D. Mich. LCivR 7.1d, Counsel for these Defendants spoke with Counsel for Plaintiff on January 21, 2020 and determined that this Motion will be opposed.

Dated: January 21, 2020

/s/ Ronald J. VanderVeen
Ronald J. VanderVeen (P33067)
Cunningham Dalman, PC