UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELENA AGRI–ENTERPRISES, LLC,

      Plaintiff,                          Case No. 1:18–cv–963

    v.                                    Hon. Robert J. Jonker

GREAT LAKES GRAIN, LLC, et al.,

      Defendants.
_____/

### **NOTICE OF HEARING CANCELLATION**

      The hearing regarding defendants' motion for summary judgment set in this matter for **April 13, 2020** is hereby **CANCELLED.**

                                        ROBERT J. JONKER
                                        Chief United States District Judge

Dated:  April 8, 2020         By:    /s/ Susan Driscoll Bourque
                                             Case Manager