UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELENA AGRI-ENTERPRISES, LLC,

    Plaintiff,

v.

GREAT LAKES GRAIN, LLC, et al.,

    Defendants.

_____/

CASE No. 1:18-cv-963

HON. ROBERT J. JONKER

**FINAL JUDGMENT UNDER RULE 54(b)**

In accordance with the Order entered this day, and consistent with the Opinion and Order dated May 7, 2020 (ECF No. 164), Final Judgment under Rule 54(b) is entered in favor of Helena and against Stacy and Nicholas Boersen with respect to the Counterclaims for Abuse of Process and Intentional Infliction of Emotional Distress; and in favor of Defendants Stacy Boersen, Nicholas Boersen, New Heights Farm I, LLC, and New Heights Farm II, LLC, and against Helena with respect to Counts I, II, and III of the Second Amended Complaint.

Dated:   June 9, 2020                /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      CHIEF UNITED STATES DISTRICT JUDGE